UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERIK JENKINS,

    Plaintiff,

v.

BRIAN HELFERT, et al.,

    Defendants.
_____/

Case No. 2:25-cv-94

Hon. Hala Y. Jarbou

## ORDER

Before the Court is Defendant Brian Helfert's motion for order regarding service on opposing parties, wherein he requests to be excused from serving his two co-Defendants (ECF No. 21). Helfert alleges that his prison account has been frozen since December 2024 because of a state court order, although he does not attach a copy of his account statement or the order. As a basis for his request, Helfert cites Fed. R. Civ. P. 5(c)(1)(A) and (C), which allows that, in cases with "an unusually large number of defendants," the Court may order that defendants' pleadings and replies need not be served on other defendants. Helfert acknowledges that three defendants is not an unusually large number of defendants, but requests the exemption anyway due to his circumstances.

Fed. R. Civ. P. 5(b)(2) outlines the approved methods of service, including by mailing it to the person's last known address. When documents are served via mail, a certificate of service is required to be filed at the same time or within a reasonable time after service. Fed. R. Civ. P. 5(d)(1)(B)(i).

Accordingly,

**IT IS ORDERED** that Defendant Helfert's motion (ECF No. 21) is **DENIED**.  Helfert must serve all parties and file certificates of service in compliance with the court rules.  If Helfert is unable to make copies, he may send handwritten copies to each party as appropriate.

Dated: August 21, 2025              /s/ Hala Y. Jarbou
                                                              HALA Y. JARBOU
                                                              CHIEF UNITED STATES DISTRICT JUDGE